UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


ELIZA FINKLEA                                                                                          PLAINTIFF

V.                                                                          CIVIL ACTION NO. 1:09cv22-LTS-RHW

NATIONAL SECURITY FIRE & CASUALTY COMPANY                            DEFENDANT


## ORDER

On June 19, 2009, Defendant filed a [4] Motion to Dismiss for Insufficiency of Service of Process, along with an accompanying [5] memorandum in support of the motion. Plaintiff has not filed a response to Defendant's motion, nor requested an extension of time to do so. By the Court's calculation, the time to respond has expired.

Defendant's motion is grounded on Fed. R. Civ. P. 4(m) (time limit for service of process). Uniform Local Rule 7.2(c)(2) provides: "If a party fails to respond to any motion, other than a motion for summary judgment, within the time allotted, the court may grant the motion as unopposed."

Accordingly, **IT IS ORDERED**:

Plaintiff's counsel shall file a response to Defendant's pending [4] motion no later than July 20, 2009, and must establish good cause for the failure to serve the [1] Complaint and [2] Summons in the time allowed by Fed. R. Civ. P. 4(m). Failure in either respect shall result in the dismissal of this action without prejudice. NO FURTHER EXTENSIONS SHALL BE GRANTED;

Defendant shall file a reply to Plaintiff's response no later than July 27, 2009.

**SO ORDERED** this the 14th day of July, 2009.


                                                         s/ L. T. Senter, Jr.
                                                         L. T. SENTER, JR.
                                                         SENIOR JUDGE